**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 01-7089**

————————————

PHILLIP MANN,

                            Plaintiff - Appellant,

        versus

DONNA MAINE, Director of Medical; MR. LABORDE,
Corporal/Nurse,

                            Defendants - Appellees,

        and

MR. BRACKENDALE, Supervisor/Medical,

                            Defendant.

————————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-00-165-2)

————————————

Submitted: December 7, 2001        Decided: December 21, 2001

————————————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Phillip Mann, Appellant Pro Se.  John J. Brandt, James R. Parrish, BRANDT, JENNINGS, ROBERTS, DAVIS & SNEE, Falls Church, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Phillip Mann appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>Mann v. Maine</u>, No. CA-00-165-2 (E.D. Va. June 11, 2001).  Furthermore, we deny Mann's motion to compel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>